■ In the Matter of MICHAEL ALLORO, Appellant, v HOWARD E. SAFIR, as Police Commissioner of City of New York, et al.,

Respondents. [704 NYS2d 817] —Order, Supreme Court, New York County (Louise Gruner Gans, J.), entered September 16, 1999, which denied petitioner's application to annul respondents' determination terminating petitioner's employment as a probationary police officer, unanimously affirmed, without costs.

For the reasons stated in *Matter of Williams v Safir* (265 AD2d 182, *lv denied* 94 NY2d 758), we reject petitioner's argument that because of McKinney's Unconsolidated Laws of NY § 891 (L 1940, ch 834) he could not be terminated without a hearing (*Matter of Branigan v Safir*, 269 AD2d 165). Concur—Rosenberger, J. P., Mazzarelli, Ellerin, Lerner and Friedman, JJ.